**FILED**

**IN THE UNITED STATES DISTRICT COURT**

MAR **0 6** 2019

**WESTERN DIVISION OF TEXAS**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**WACO DIVISION**

**RODRICK EUGENE HARRIS**

CASE NO. **W19CA195**

**V.S.**

**JURY TRIAL DEMANDED**

**SOUTHWESTERN CORRECTIONS**

**D.B.A.**

**LASALLE CORRECTIONS**

**LT. BRIAN BLANCHARD, SGT. MICHAEL WAGNER, & UNKNOWN OFFICERS**

**LASALLE CORRECTIONS MEDICAL DEPT.**

**UNKNOWN NURSES**

---

## CIVIL RIGHTS COMPLIANT

---

### JURISDICTION

**1.**

THIS is a Civil Rights Compliant made pursuant to Title 42 USC Sections 1983,1985 & 1986. This Honorable Court has jurisdiction over this case pursuant to Title 28 USC Sections 1331 & 1343 (a). This Honorable Court can also exercise supplemental jursidiction under Title 28 USC Section 1376, & provide in this case declaratory relief pursuant to Title 28 USC Sections 2201 & 2202.

### VENUE

**2.**

AT all pertinent times the contours of the Plaintiffs Compliant giving cause to this action occurred in the Waco, Texas McLennan County, & this Honorable Court is the appropriate venue pursuant Title 28 USC Section 1391.

## EXHAUSTION

### 3.

EXHAUSTION requirements have not been pursued by the Plantiff in this Civil Action because of fear of retaliation in this Civil Action because of the fear of retaliation for exercising his Constitutional Rights.

## PARTIES

### 4.

ALL parties are named in their offical & individual capacities.

A.) SOUTHWERSTERN CORRECTIONS - D.B.A. LASALLE CORRECTIONS 3101 EAST MARLIN HIGHWAY, WACO TEXAS 76705

FAILS to implement policy & practice that prevents its agents from violating both State & Federal Constitional Due Course, Due Process of Law mandates afforded to pretrial detainees that protect against agents of LASALLE being deliberately indifferent, & or grossly negligent to the medical needs of detainees & prevent unprovoked acts of sadistic acts of brutality.

B.) LT. BRIAN BLANCHARD had SGT. MICHAEL WAGNER, 3101 EAST MARLIN HIGHWAY  WACO, TEXAS 76705 & Unknown Officers commit a malicious act of unprovoked brutality against RODRICK EUGENE HARRIS, & then committed acts of being deliberately indiffrent, & or grossly negligent to Plaintiff medicial needs.

C.) UNKNOWN NURSES LASALLE CORRECTIONS MEDICAL DEPARTMENT, 3101 EAST MARLIN HIGHWAY WACO, TEXAS 76705 Committed acts of being deliberately indiffrent & or grossly negilgent

to the medical needs of **RODRICK EUGENE HARRIS,** & fails to implement practicies that prevent being deliberately indiffrent ,& or grossly negligent to the medical needs of pretrial detainees while operating, & or acting in the capacity of providing medical care for detainees.

**EVENTS**

**5.**

ON JANUARY 1ST 2019 a few minutes before 6 pm shift change, **LT. BRIAN BLANCHARD** had the Plaintiff brought in to the **LT. OFFICE** for a case. Despite a unbiased Officer as a witness **LT. BRIAN BLANCHARD** who the Plantiff had been previsouly placed in seg for assaulting, decided to have the Plantiff placed back in segeration. **LT. BRIAN BLANCHARD** had one of the several officers in the office turn on the camera & began recording when the Plantiff began trying to leave the office to remove him self from the situation.

AFTER heated words with the multiple Officers the Plantiff peacefully submitted to being handcuffed. Once in the main hallway in front of the SGT DESK the Plantiff saw over 20 officers watching the whole ordeal. **SGT. MICHAEL WAGNER** took advantage of this opportunity to silence the Plantiff, & attacked him while he was being escorted to seg.

THE unprovoked attack resulted in Plantiff Right Eye being blackened, & a black mark now residing under said eye from SGT. **MICHAEL WAGNER** repeated elbow to the face while Plantiff was securely held on the ground. SGT. **MICHAEL WAGNER** elbows to the Plantiff face broke his gold & brown **BURBERRY** glasses, all the while the ordeal was being recorded & witnessed by multiple officers.

ONCE placed in N-607 Plantiff was stripped searched & had refused any more dealings with the members of the **LASALLE CORRCETIONS.** Later the very night Plantiff requested that the Control Officer O. **BOHANNON** help him get medical attention because he was coughing up blood & had a lump under his right eye. Officer O. **BOHANNON** notified the ranked officals of the Plantiff situation, but he was denied

3

medical treatment by the members of LASALLE CORRECTIONS to this very day.

## CLAIMS

### 6.

1.) **CLAIM ONE: DEFENDANT LASALLE** violated the Plaintiffs 14th Amendment to the **UNITED STATES CONSTITUTION** by failing to implement policy & or practices within its facilities that prevents its agents from being grossly negligent , or deliberately indiffrent to & or grossly negligent to the medical need of pretrial detainees housed within its facilities.

2.) **CLAIM TWO: DEFENDANT LASALLE** violated the Plantiffs 14th amendment to the **UNITED STATES CONSTITUTION** by failing to implement policy & or practicies within its facilities that prevents its agents from being grossly negligent, or deliberately indiffrent to the medical needs of pretrial detainees housed within its facilities.

3.) **CLAIM THREE: DEFENDANT LASALLE & AGENTS** violated the Plaintiffs 14th Amendment to the **UNITED STATES CONSTITUTION** when these Defendants were deliberately indiffrent to the Plantiffs medical need in question suffered in the recorded attack.

## RELIEF REQUESTED

### 7.

**PLANTIFF** seeks declaratory judgements againts all the **DEFENDANTS** known & unknown as parties in this action.

**PLANTIFF** seeks damages in the amount of $ 4,000,000.00 for the emotional, mental physical & psychological harm suffered.

**PLANTIFF** also seeks compensation for filing fees, court cost, & attorney fees, as well as punitive damages in the amount deemed appropriate ba a jury, but a sum beginning at $ 2,000,000.00

I, the undersigned Plantiff, **RODRICK EUGENE HARRIS**, hereby certify,

4

verify & state under the penalty of perjury that the foregoing is true & correct pursuant to Title 28 USC Section 1746.

EXECUTED ON THIS _____ DAY OF FEBRUARY 2019

RESPECTFULLY SUBMITTED,

PRO-SE DEFENDANT

RODRICK E. HARRIS

3101 E. Marlin Hwy #89712

Waco, TX 76705

x _Rodrick E. Harris_

Signature

Robert A Garza Jr #1446996
3101 East Marlin Hwy
Waco Tx 76705

NORTH TEXAS TX PSDC
DALLAS TX 750
04 MAR 2019 PM 6 L
FOREVER
USA
Barn Swallow

76701-193480

Clerk US. Dist. Court
800 Franklin Ave, Room 380
Waco Tx 76701